Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

__Middle__ District of __Florida__

__OCALA__ Division

| | |
|---|---|
| __Earl St. Claire__ <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> __WARDEN CARLTON COLEMAN FCC II__ <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. __5:23-CV-690-SDM-PRL__ <br> *(to be filled in by the Clerk's Office)* <br><br> **AMENDED COMPLAINT** |

FILED - USDC - FLMD - OCA
JAN 29 2024 AM 11:13

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Earl St. Claire
  All other names by which you have been known: 
  ID Number: 10770-059
  Current Institution: FCC USP Coleman II
  Address: P.O. Box 1034
  City: Coleman   State: FL   Zip Code: 33521

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
  Name: MR. CARLTON
  Job or Title (if known): WARDEN
  Shield Number:
  Employer: FEDERAL BUREAU OF PRISONS
  Address: P.O. Box 1034
  City: COLEMAN   State: FL   Zip Code: 33521
  [X] Individual capacity  [X] Official capacity

  Defendant No. 2
  Name: USP COLEMAN FCC II
  Job or Title (if known):
  Shield Number:
  Employer: FEDERAL BUREAU OF PRISONS
  Address: P.O. Box 1034
  City: COLEMAN   State: FL   Zip Code: 33521
  [ ] Individual capacity  [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name
Job or Title *(if known)*
Shield Number
Employer
Address

                                               *City*            *State*          *Zip Code*
☐ Individual capacity   ☐ Official capacity

Defendant No. 4
Name
Job or Title *(if known)*
Shield Number
Employer
Address

                                               *City*            *State*          *Zip Code*
☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

_8th, 11th, 14th_

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_WARDEN CARLTON ALLOWED me to treated with CRUEL & UNUSUAL treatment by HOLDING me IN THE SHU 8 MONTHS AGAINST BOP PROGRAM STATEMENTS,_
_USP COLEMAN FCC II IS LIABLE FOR VIOLATING ORDERS of the FBOP_

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [x] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

_ALL HAPPENED IN SHU (SPECIAL HOUSING UNIT) THRU APR 2023 - JAN 2024_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur? April 1, 2023, May 2023, June 2023, July 2023, September 9, 2023, August 2023, September 24, 2023, October 8, 2023, October 15, 2023, Oct. 22, 2023, Nov. 9, 2023, Nov. 14, Dec. 2023, Jan. 2024

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See ALL THE ATTACHMENTS (Pages 1-6) OF EXHIBIT (A)

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

As I dealt with mental issues out of my control and I was supposed to have gotten mental health treatment at least once a month.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

To issue a restraining order against the Coleman Complex, Actual Damages $100,000, Punitive Damages $90,000. For all the last 8 months I've been not allowed to live a regular prison life, I feel these sums are worth the pain and suffering I've endured at the hand of the Coleman FCC II staff.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

FCC USP Coleman II

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)? S.I.S. Mr. Pierre/Lt. Mr. Ramoz recommending transfer saying I had a seperatee with I/M Sandcrane and at this time Sandcrane was in S.H.U. refusing to go to general population, about Mr. Jones holding my transfer paperwork over 70 days, psychology not seeing me.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Aug. 2nd 2023 on A-range SHU at Coleman II. I filed a BP-8 which went with no response, so I filed a BP-9 with no responde. I wrote BP-10 & BP-11 on paper and sent them to my family to forward to region/central office with no responses.

2. What did you claim in your grievance? S.I.S. Ms. Pierre/Lt. Mr. Ramioz recommended transfer saying I had a separatee with I/M Sanderane and at this time Sanderane was in SHU refusing to go to general population so the threat didn't exsist; Mr. Jones not processing my transfer paper work in the 90 days policy outlines, and psychology not seeing me.

3. What was the result, if any?

No responses on any.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I had to send letters in fourm of BP-10 and BP-11 to my family to have them forward them to the region and central offices.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I had family and friends write letters to both places to region and central offices to seek resolution in my situation

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

  1. Parties to the previous lawsuit
     Plaintiff(s) _____
     Defendant(s) _____

  2. Court *(if federal court, name the district; if state court, name the county and State)*
     _____

  3. Docket or index number
     _____

  4. Name of Judge assigned to your case
     _____

  5. Approximate date of filing lawsuit
     _____

  6. Is the case still pending?
     ☐ Yes
     ☐ No
     If no, give the approximate date of disposition. _____

  7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
     _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  Earl St. Claire
   Defendant(s)  Bureau of Prisons, et al

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Eastern District of Texas

3. Docket or index number
   Cause No: 1:23cv465

4. Name of Judge assigned to your case
   Truncale - Stetson

5. Approximate date of filing lawsuit
   Dec. 20, 2023

6. Is the case still pending?
   ☒ Yes
   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Still pending

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Jan 19th, 2024

Signature of Plaintiff: Earl St. Claire
Printed Name of Plaintiff: Earl St. Claire
Prison Identification #: 10770-059
Prison Address: FCC USP Coleman II, P.O. Box 1034
Coleman, FL 33521

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
Telephone Number:
E-mail Address:

Page 11 of 11

EXHIBIT (A)                    Page 5 of 11

D.) On May 30th, 2023 I, PLAINTIFF came to the SHU, Special Housing Unit, At USP Coleman II. There were allegations made against me and I/m Owens that we were going to assault staff, unit team members of I-1, Counslor Mr. Johnson and Case manager Ms. Marks. The S.I.S. investigators, Ms. Pierre and LT. Mr. Ramoz did an investigation an determined that these allegations were false. The investigation took Appx 30 days.

In April 2023 I/m Sandcrane, who is a transgender woman, filed a PREA against me and Owens. We were pulled out of the unit, I-1 Appx 5:45 p.m., and taken to medical to have pictures taken of our hands, body, and sent back to I-1 unit. Nothing ever became of PREA allegation, or so I thought because we were sent back to the unit.

June, 2023 S.I.S. officers Ms. Pierre and L.T. Mr. Ramoz informed me and I/m Owens that the reason why we will not be allowed back to I-1 unit were because of the allegation of the PREA back in April of 2023, (At the time these allegations were first made by I/m Sandcrane, She was in the SHU and me and Owens were in General Population)

(1.)

that were found, then, to be unsubstaniated and the investigation was closed and I/m Sandcrane was ordered to return to General Population.

This month (June) I was recommended for transfer, because S.I.S. Ms. Pierre and L.T. Mr. Ramoz said there was a separatee with me and I/m Sandcrane (At the time of this recommendation Sandcrane was still in S.H.U. refusing General Population)

Unit manager of I-1 Mr. Jones held on to my transfer packet for over 90 days. So I started my Administrative Remedy Process.

Aug. 2, 2023, I filed a BP-8, informal, with no response. I took that as a denial and filed my next step, BP-9 and still there was no response.

I sent letters in the fourm of BP-10/BP-11, to my family to forward to Regional office and to Central office with no reply. My family and friends also wrote complaints to these offices to ask for a soultion in my case.

In September my transfer was denied by DSCC. 3 more times my transfer was denied. L.T. Mr. Jamanca, S.H.U. L.T., did rounds and I was

(2.)

told that a threat assessment had to be amended.

L.T. Wagner, S.H.U. L.T., told me the reason why my transfer is being denied is because my "unit team" doesn't know how to do the paper work. He would never say who specifically, but I took it as Mr. Jones was who he was referring.

In Oct. 17, 2023 I spoke again with S.I.S. Ms. Pierre and L.T. Mr. Ramoz and was told that an amended threat assessment was being done.

Ms. Pierre came again to see me in November, stating she was going to do another threat assessment.

The following week S.I.S. L.T. Mr. Ramoz told me they would get me transferred by "beefing up" the Separtee threat.

A few weeks later I was told that I/m Sandcrane told S.I.S. that her previous allegations against me and Owens were lies. And this still didn't assist me with getting out of the S.H.U.

I have been in Administrative Seg. since May 30, 2023, and all of the things that an I/m is allowed as an Administrative Detainee were denied to me, and I was taken away from normal every day prison standards of living with multipal steps of my due process being violated.

(3.)

After multipal request to psychology, I was seen on Oct. 13, 2023 by Ms. Johnson and then seen by Ms. Brodehl for my six month review, even though the Program Statements call for a Psychology Review every 30 days, specifically a "Personal Review." My cellmate, K. Bolton #12163-010, asked a psychologist about this and she told my cellmate that since they come around every Tuesday during walk thru with the Executive staff it counts as a review. It doesnt though because the P.S. says a "Personal Review." And there is nothing private when I have a cellmate in the cell with me.

When I came to the S.H.U. I wasn't given a A.D.O., Administrative Detention Order, while in the S.H.U. Lt. Wagner has been the S.R.O., Segergation Review Offical, to review I/m's monthly. But has not offered any inmate an option whether they want to attend. Which the Program Statements (P.S.) makes clear.

I have the same issues when it comes to the Warden, Carlton. Every cop-out goes unanswered and when he walks through on Tuesdays with Executive Staff and I ask, "Sir, what is going on with my case" week after week, month after month there is always

(4.)

the same answer, "let me check on it."

I have No incident report and been recommended for transfer since June, 2023 and this administrative detention has been handled as a disciplinary detention. The treatment is the same for both.

As an Administrative Detention I/m my rights have been violated by all mentioned by not affording me the limited rights that an administrative detention I/m retain. From June, 2023, until September, 2023 I was housed on A-range and from September, 2023 until Jan. 2024 I was housed on E-range of the S.H.U. during Tuesday walk thru with Executive staff.

Last statement I have to make is on Dec. 6, 2023, I held the trays notifying C/O's of my hunger strike due to the fact I was being denied transfer by DSCC and the institution was refusing to let me out of SHU. and it had been 6 plus months with No resoultion in my situation.

At 2:00 p.m. Lt. Wagner came to my cell on E-Range to handcuff me and my cellmate with C/o Mr. Stewart. Lt. Wagner spoke to me in cell E-221 about my issues with staff and C/O's non-compliance with B.O.P. P.S.'s. Lt. Wagner told me it was all my unit teams fault. And we spoke about Administrative Remedies and sending legal papers to the court. Lt. Wagner

(5.)

said, "We're the government you can't beat us, we know how to get around everything." Also Lt. Wagner stated "you can go on hunger strike but it probably won't be documented." I continued hunger strike until Dec. 9th, 2023, when I was placed in suicide watch instead of policy being followed.

My right to religious practice was also denied by the Chaplin. I made my request to get herbs to make prayer ties, get literature materials, and was finally told we were suppose to be able to pray with the ceremonial pipe but not able to smoke in which that has never happened.

(6.)