UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

EARL ST. CLAIRE,

v.                                        CASE NO. 5:23-cv-690-SDM-PRL

FNU CARLTON, et al.,

_____/

## **ORDER**

Appearing *pro se*, Earl St. Claire sues under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). An earlier order (Doc. 20) requires St. Claire no later than May 28, 2024, to pay the filing fee. St. Claire failed to comply with this requirement. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The clerk must close this case.

ORDERED in Tampa, Florida, on June 20, 2024.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE